# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL EUGENE FLENNORY. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12CV90 CDP |
| ) | |
| ROBERT DAWSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court are the entries of appearance of Amy Ohnemus and John B. Morthland, from the law firm of Wasinger, Parham, Morthland, Terrell & Wasinger, L.C. Counsel are representing Macon County Missouri Commissioners, Alan R. Wyatt, Drew Belt and Jon Dwiggins.

Plaintiff has named two additional defendants in this action, Robert Dawson, the Macon County Sheriff, and the Macon County Jail Administrator, David Moore. The United States Marshals attempted to effectuate service on these two defendants on behalf of plaintiff, pursuant to 28 U.S.C. § 1915, at the Macon County Jail, but were told by the current Sheriff, Kevin Shoemaker, that defendants were no longer employed by Macon County.

As it appears that Robert Dawson and David Moore are no longer employed by Macon County, counsel for the Macon County Commissioners shall provide the

Court, in camera, with the last known addresses of Robert Dawson and David Moore so that the Court may attempt to effectuate service on plaintiff's behalf.

Accordingly,

**IT IS HEREBY ORDERED** that within fifteen (15) days of the date of this Order, defense counsel Amy Ohnemus or John B. Morthland, from the law firm of Wasinger, Parham, Morthland, Terrell & Wasinger, L.C., shall provide the Court with the last known address of defendants Robert Dawson and David Moore. Counsel's response to this Order should be entitled "In Camera Response to Order of October 31, 2013" and should be mailed directly to the chambers of the undersigned, at the following address: United States District Court, Eastern District of Missouri, Eastern Division, 111 S. 10th Street, St. Louis, Missouri 63101.

**IT IS FURTHER ORDERED** that upon receipt of the in camera response, the Court will notify plaintiff in writing whether an addresses for Robert Dawson and David Moore have been provided, and if so, the Court will arrange for issuance of summons on plaintiff's behalf.

Dated this 31st day of October, 2013.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE